IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOVAN LANCE BRADLEY,

    Petitioner

v.

DEPARTMENT OF CORRECTIONS, *et al.*,

    Respondents

CIVIL ACTION NO. 3:19-CV-0390

(Judge Caputo)

## ORDER

**AND NOW**, this **19th** day of **JUNE 2019**, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. The Clerk of Court is directed to **TRANSFER** this case to the United States District Court for the Eastern District of Pennsylvania.

2. The Clerk of Court is directed to **CLOSE** the case.

/s/ A. Richard Caputo
**A. RICHARD CAPUTO**
**United States District Judge**