# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOVAN LANCE BRADLEY** | : | **CIVIL ACTION** |
| v. | : | |
| **DEPARTMENT OF CORRECTIONS and PA STATE ATTORNEY GENERAL** | : | **NO. 19-2672** |

FILED
DEC 17 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

**NOW**, this 17th day of December, 2019, upon consideration of the Petition Under 28 U.S.C. § 2254 for Writ of *Habeas Corpus* By a Person in State Custody (Document No. 1), the respondents' Answer to the Petition for a Writ of *Habeas Corpus*, and the Report and Recommendation filed by United States Magistrate Judge Carol Sandra Moore Wells (Document No. 14), and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Carol Sandra Moore Wells is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of *Habeas Corpus* is **DENIED WITHOUT PREJUDICE**; and,

3. There is no probable cause to issue a certificate of appealability.

_____
TIMOTHY J. SAVAGE, J.